United States District Court

Eastern District of California

John W. Stringer,

    Petitioner,

vs.

Bernard Ellis, et al.,

    Respondent.

No. Civ. S 05-0633 FCD PAN P

Order

-oOo-

Petitioner, a federal prisoner convicted in the United States District Court, Middle District of Pennsylvania and serving a sentence at Taft Correctional Institution, filed this action under 28 U.S.C. § 2241, claiming his sentence is unconstitutional.

The court construes this action as a motion to vacate, set aside or correct petitioner's sentence pursuant to 28 U.S.C. § 2255.  The motion should be heard in the sentencing court. Accordingly, the Clerk of the Court shall transfer this action to

1  the United States District Court, Middle District of
2  Pennsylvania.
3       So ordered.
4       Dated:  June 16, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge